# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138602(27)

CATHERINE WILCOX, individually, and as
Next Friend of ISAAC WILCOX, a minor,
          Plaintiffs-Appellants,
and

SUNRISE HOME HEALTH SERVICES, INC.,
          Intervening Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
          Defendant-Appellee.
_____

SC: 138602
COA: 290515
Kent CC: 08-010129-NF

      On order of the Chief Justice, the motion for extension to July 9, 2010 of the time for filing the brief of plaintiffs-appellants is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk